FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile:  (415) 399-3838

*Attorneys for Receiver Stephen E. Anderson*

FILED

NOV - 7 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON,<br><br>*Defendants*,<br><br>and<br><br>REALTOPIA, INC.,<br><br>*Relief Defendant*. | Case No. C 04-1742 CRB<br><br>[~~PROPOSED~~] ORDER CREATING A CONSTRUCTIVE TRUST, APPROVING RECEIVER'S PROPOSED EQUITABLE DISTRIBUTION PLAN WITH MINOR MODIFICATIONS, AND GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART RECEIVER'S FOURTH APPLICATION FOR FEES AND COSTS<br><br>Date:     October 28, 2005<br>Time:     10:00 a.m.<br>Courtroom: 8<br>Judge:    Hon. Charles R. Breyer |

Receiver's Motion to Create a Constructive Trust and to Approve Equitable Distribution Plan and Receiver's Fourth Application for Fees and Costs came on regularly for hearing on October 28, 2005, at 10:00 a.m. with counsel for Receiver, Jamie L. Dupree, and counsel for Plaintiff Securities and Exchange Commission, Judith Anderson and Steve Buchholtz, appearing;

Having reviewed the papers, having considered the arguments presented, and good cause shown, the Court finds and orders as follows:

Proper and adequate notice was given of this hearing to Chicago D&P's creditors, investors and other interested parties;

Chicago D&P, Inc. obtained funds of approximately $17,240,482.68 from its investors, and paid out approximately $8,801,397.07 to its investors;

Chicago D&P obtained the funds invested by its investors by fraud by promising substantial returns on investment when it had no legitimate profit-generating business and was instead operating a Ponzi scheme through which funds received from subsequent investors were used to pay early investors;

Accordingly, the funds remaining for distribution, $620,000, and any after-acquired funds available for distribution after the payment of receivership administrative expenses are held in constructive trust for the benefit of Chicago D&P's investors and the Court hereby creates a constructive trust for such funds;

There shall be no distribution to Chicago D&P's creditors, including but not limited to Chicago D&P's lawyers, King & Taggert, Sierra Legal Duplicating, and Chicago D&P former employees, since all funds remaining for distribution are held in constructive trust for the benefit of Chicago D&P investors;

Receiver sent surveys to all identified Chicago D&P investors, and, when certain investors did not return the first survey, he sent a second survey to such investors, securing additional survey responses. Receiver analyzed and corroborated the survey results with the banking records available for Chicago D&P, and the accounting records reconstructed by Receiver and his accountant from available records and information supplied by the Securities and Exchange Commission. With few exceptions, Chicago D&P investors did not acknowledge payments received from Chicago D&P in their survey responses, only investments made, complicating the task of Receiver. Receiver examined the investment made by each investor and the return received by each investor in developing the distribution plan and reflected payments

received by each investor by Chicago D&P whether characterized as interest, "bonus," referral fees, return of principal or otherwise. The methodology followed by Receiver in creating the distribution plan as set forth in his motion papers was fair, reasonable, and appropriate, and is hereby approved.

There is $620,000 available for distribution to the defrauded Chicago D&P investors. Only those investors returning surveys shall be eligible to participate in the distribution plan. As previously directed by the Court, the distribution plan returns funds first to those investors who received nothing from Chicago D&P, Inc. The distribution amount of $620,000 supports a return of 11.84% of principal to the Chicago D&P investors who have not yet received any returns (however characterized by Chicago D&P) or whose returns are less than 11.84%. Chicago D&P investors receiving less than 11.84% as return of principal from Chicago D&P shall be eligible to participate in the distribution plan so that the amount returned to those investors shall be equal to 11.84% as set forth in the spreadsheet attached hereto, which contains minor adjustments from the spreadsheet attached to the Anderson Declaration filed in support of this motion. The minor adjustments were necessary to remove payments credited to specific investors which in fact were not received by such investors. Chicago D&P investors who received more than 11.84% as return of principal shall not receive any funds under the distribution plan. The distribution plan described in the spreadsheet attached hereto is fair and equitable and is hereby approved.

Receiver is hereby directed to commence distribution of the distribution fund as set forth in the distribution plan.

With respect to Receiver's Fourth Application for Fees and Costs, the Court hereby authorizes Receiver to pay the following amounts:

| | |
|---|---|
| Receiver Stephen E. Anderson | $677.04 expenses |
| Kathy Karney (Admin.) | $2,360.00 fees + $42.04 expenses = $2,402.04 |
| Futterman & Dupree LLP (California Counsel) | $2,751.04 expenses |

The remainder of fees sought in Receiver's Fourth Application for Fees and Costs are denied without prejudice. Receiver may file a new application for fees and costs after he has

distributed funds to the defrauded Chicago D&P investors as set forth herein.

IT IS SO ORDERED.

Dated: November 07, 2005

By: _____
Charles R. Breyer
Judge of the United States District Court

Chicago D&P Receivership
Equitable Distribution Plan

| Investor | Disbursed | Combined Received | Balance | % Dist To Date | % to Dist | 11.84% Total Dist % | 620,000.00 Additional Distribution |
|---|---|---|---|---|---|---|---|
| **Surveys Returned** | | | | | | | |
| Adams, Earl Sr. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Ahmed, Jimale D. & Gard, F | - | 60,000.00 | 60,000.00 | 0.00% | 11.84% | 11.84% | 7,101.62 |
| Allen, James & Wanda | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Altin-Ozbilir, Lora & Murd | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Ancheta, Rodil & Rose | - | 110,000.00 | 110,000.00 | 0.00% | 11.84% | 11.84% | 13,019.63 |
| Anderson, Gloria | - | 40,000.00 | 40,000.00 | 0.00% | 11.84% | 11.84% | 4,734.41 |
| Ashford, Paula | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Asuncion, Trophy D. | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Baker, Terri | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Balbin, Carnilo & Amparo | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Balbin, Robert | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Banks, James E. Jr. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Barber, Sue Ann | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Beato, Florante | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Becerra, Robert J. | 900.00 | 10,000.00 | 9,100.00 | 9.00% | 2.84% | 11.84% | 283.60 |
| Belamesh, Abdulraheman | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Bhatti, Kanwaljit Singh | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Bordelon, Jerome | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Breeding, William Wesley | 1,500.00 | 15,000.00 | 13,500.00 | 10.00% | 1.84% | 11.84% | 275.40 |
| Brett, Thomas | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Brewer, Tamecca | 1,800.00 | 20,000.00 | 18,200.00 | 9.00% | 2.84% | 11.84% | 567.21 |
| Brockett, Charles | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Broussard, Stacy | - | 30,000.00 | 30,000.00 | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Brown, Doyle & Fiedel | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Brown, Eric A. | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Brown, Ray & Shirley | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Bryant, Kent | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Caldwell, Sharon Kay | - | 30,000.00 | 30,000.00 | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Campbell, Ramona | - | 30,000.00 | 30,000.00 | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Carrier, Andrew | - | 50,000.00 | 50,000.00 | 0.00% | 11.84% | 11.84% | 5,918.01 |
| Carter, Christopher L. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Catamby, Carol | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Chandler, Leon | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Christian Fellowship Chrch | - | 300,000.00 | 300,000.00 | 0.00% | 11.84% | 11.84% | 35,508.08 |

Exhibit C

| | | | | | | | 11.84% | 620,000.00 |
|---|---|---|---|---|---|---|---|---|
| | | Combined | | | % Dist | % to | Total | Additional |
| Investor | Disbursed | Received | Balance | | To Date | Dist | Dist % | Distribution |
| Co, Danilo C. | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Cole, Frederick & Eunice | - | 25,000.00 | 25,000.00 | | 0.00% | 11.84% | 11.84% | 2,959.01 |
| Coleman, Joseph | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Coleman, Jude P. | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Conroy, Candence | 1,000.00 | 10,000.00 | 9,000.00 | | 10.00% | 1.84% | 11.84% | 183.60 |
| Copeland, Kimberly | 1,000.00 | 10,000.00 | 9,000.00 | | 10.00% | 1.84% | 11.84% | 183.60 |
| Cox, Amanda | 1,000.00 | 10,000.00 | 9,000.00 | | 10.00% | 1.84% | 11.84% | 183.60 |
| Cruz, Richard | 900.00 | 30,000.00 | 29,100.00 | | 3.00% | 8.84% | 11.84% | 2,650.81 |
| Davis, Anne Marie | 3,400.00 | 40,000.00 | 36,600.00 | | 8.50% | 3.34% | 11.84% | 1,334.41 |
| Days, Marc | - | 65,000.00 | 65,000.00 | | 0.00% | 11.84% | 11.84% | 7,693.42 |
| Demps, William | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Denneny, Margaret | 4,800.00 | 60,000.00 | 55,200.00 | | 8.00% | 3.84% | 11.84% | 2,301.62 |
| Dennis, Michael & Toni | - | 25,000.00 | 25,000.00 | | 0.00% | 11.84% | 11.84% | 2,959.01 |
| DH Enterprises, Inc. | - | 30,000.00 | 30,000.00 | | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Diaz, Lorenzo | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Dixon, Shawn | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Donahue, Francis | - | 30,000.00 | 30,000.00 | | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Dorsey-Hicks, Adrianna R. | - | 30,000.00 | 30,000.00 | | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Driver, Sharon L. | 900.00 | 10,000.00 | 9,100.00 | | 9.00% | 2.84% | 11.84% | 283.60 |
| Dunivan, Nichole | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Evans-Bledsoe, Josie | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Fabien, Fran R. | - | 30,000.00 | 30,000.00 | | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Falla, Fullomoie | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Ferrer, Marco A. | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Fuller, Rochelle | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Furtado, Anna G. | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Gallegos, Jacqueline Ann | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Garcia, Arika M. | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Garcia, Tony & Jane M | 1,350.00 | 20,000.00 | 18,650.00 | | 6.75% | 5.09% | 11.84% | 1,017.21 |
| Garner, Felipe | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Garner, Phillip | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Gaston, Phyliss | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Glasper, Pele | - | 10,000.40 | 10,000.40 | | 0.00% | 11.84% | 11.84% | 1,183.65 |
| Godinez, Andres | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Gonzelez, John | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Gooch, Janice M. | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Grand Lake Dev/Harding, C. | 2,000.00 | 20,000.00 | 18,000.00 | | 10.00% | 1.84% | 11.84% | 367.21 |
| Gray, John | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Green, Jamon | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Grosz, Matthew & Valerie | - | 10,000.00 | 10,000.00 | | 0.00% | 11.84% | 11.84% | 1,183.60 |

Exhibit C

| Investor | Disbursed | Combined Received | Balance | % Dist To Date | % to Dist | 11.84% Total Dist % | 620,000.00 Additional Distribution |
|---|---|---|---|---|---|---|---|
| GS Xpress Moving | - | 6,750.00 | 6,750.00 | 0.00% | 11.84% | 11.84% | 798.93 |
| Habtewold, Kinfu | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Hale, William & Sandra | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Hall, Moses | 1,500.00 | 25,000.00 | 23,500.00 | 6.00% | 5.84% | 11.84% | 1,459.01 |
| Hamilton, Michele Y. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Hamilton, Rose Z. | 500.00 | 90,036.51 | 89,536.51 | 0.56% | 11.28% | 11.84% | 10,156.74 |
| Hamilton, Vernon D. | - | 35,000.00 | 35,000.00 | 0.00% | 11.84% | 11.84% | 4,142.61 |
| Hanna, Lisa | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Harbin, Beverly K. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Harmon, Barbara Louise | - | 77,000.00 | 77,000.00 | 0.00% | 11.84% | 11.84% | 9,113.74 |
| Hicks, Richard | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Hill, Amanda Marie | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Hluboky, May | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Holt, Georganne | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Howard, Carla Ngesio | - | 104,000.00 | 104,000.00 | 0.00% | 11.84% | 11.84% | 12,309.47 |
| Huey, Ginger | 900.00 | 10,000.00 | 9,100.00 | 9.00% | 2.84% | 11.84% | 283.60 |
| Hutch, Gwendolyn | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Hyde, Udel | - | 25,000.00 | 25,000.00 | 0.00% | 11.84% | 11.84% | 2,959.01 |
| Jaochico, Rico | - | 190,000.00 | 190,000.00 | 0.00% | 11.84% | 11.84% | 22,488.45 |
| Johnson, Angela | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Johnson, Claude & Mary | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Johnson, Delores | 3,600.00 | 80,000.00 | 76,400.00 | 4.50% | 7.34% | 11.84% | 5,868.82 |
| Johnson, W. & Blackwell, C. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Jones, Beverly | - | 9,000.00 | 9,000.00 | 0.00% | 11.84% | 11.84% | 1,065.24 |
| Judson, Bernice | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Kendrix, Selecia A. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Khan, Iftikar | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Kidd, Jacquelyn | - | 60,000.00 | 60,000.00 | 0.00% | 11.84% | 11.84% | 7,101.62 |
| Lane, Macio M. | 1,000.00 | 50,000.00 | 49,000.00 | 2.00% | 9.84% | 11.84% | 4,918.01 |
| Lang, Azlena | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Lantis, Daniel P. | - | 90,000.00 | 90,000.00 | 0.00% | 11.84% | 11.84% | 10,652.42 |
| Lawrence, Larry & Carolyn | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Lebastchi, Mahasty | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Lee, Rod | 3,200.00 | 90,000.00 | 86,800.00 | 3.56% | 8.28% | 11.84% | 7,452.42 |
| Leuroy, Lynn B. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Lopez, Francisco | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Lord, Dian | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Lott, LaVern | 2,400.00 | 30,000.00 | 27,600.00 | 8.00% | 3.84% | 11.84% | 1,150.81 |
| Lovely, Tracy | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Lowe, Helen | - | 200,000.00 | 200,000.00 | 0.00% | 11.84% | 11.84% | 23,672.05 |

Exhibit C                                                      Page 3 of 13

| Investor | Disbursed | Combined Received | Balance | % Dist To Date | % to Dist | 11.84% Total Dist % | 620,000.00 Additional Distribution |
|---|---|---|---|---|---|---|---|
| Loza, Mercedes | - | 30,000.00 | 30,000.00 | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Macaryan, Eliz | 2,250.00 | 25,000.00 | 22,750.00 | 9.00% | 2.84% | 11.84% | 709.01 |
| Mack, Donald & Delores | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Madden, Maria | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Major, Katrina | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Manzur, Mushfeque | - | 40,000.00 | 40,000.00 | 0.00% | 11.84% | 11.84% | 4,734.41 |
| Marks, Clinton & Marva | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Martin, Dan | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Martin, Mary Dell | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Martin, Sandi | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| McLorin, Chauncey D. | 1,000.00 | 10,000.00 | 9,000.00 | 10.00% | 1.84% | 11.84% | 183.60 |
| McNeal, Darrell & Suzie | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Medley, Tameka | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Melchoine, Robert & Linda | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Merritt, Dimple | 7,000.00 | 87,000.00 | 80,000.00 | 8.05% | 3.79% | 11.84% | 3,297.34 |
| Meyer, Earlene | 1,600.00 | 30,000.00 | 28,400.00 | 5.33% | 6.50% | 11.84% | 1,950.81 |
| Mirth, Monica D. | - | 30,000.00 | 30,000.00 | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Morton, Eric & Venetta | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Mubarak, Rome Imari | - | 40,000.00 | 40,000.00 | 0.00% | 11.84% | 11.84% | 4,734.41 |
| Mulder, Robert | - | 40,000.00 | 40,000.00 | 0.00% | 11.84% | 11.84% | 4,734.41 |
| Murphy, James & Hazel | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| My Guardian Non-Profit Org | 1,000.00 | 64,000.00 | 63,000.00 | 1.56% | 10.27% | 11.84% | 6,575.06 |
| Nair, Agnes | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Nair, Narayan | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Nehez, Steve III | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Nelson, Dyonne L. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Nguyen, Hieu | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Nicolas, Erlinda | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Nieto, Alfredo | - | 50,000.00 | 50,000.00 | 0.00% | 11.84% | 11.84% | 5,918.01 |
| Obiago, Carla | 1,000.00 | 18,463.95 | 17,463.95 | 5.42% | 6.42% | 11.84% | 1,185.40 |
| Ogletree, Philip | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Ousborn, Gwendolyn | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Parker, Fath | 2,250.00 | 70,000.00 | 67,750.00 | 3.21% | 8.62% | 11.84% | 6,035.22 |
| Parrish, Merry | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Pierce, George | 1,000.00 | 20,000.00 | 19,000.00 | 5.00% | 6.84% | 11.84% | 1,367.21 |
| Pierce, Trina | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Pierson, Roy | - | 44,000.00 | 44,000.00 | 0.00% | 11.84% | 11.84% | 5,207.85 |
| Pitors, Henrine | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Ponce, Sandra | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Price, Betty Jean | 3,600.00 | 34,000.00 | 30,400.00 | 10.59% | 1.25% | 11.84% | 424.25 |

Exhibit C    Page 4 of 13

| Investor | Disbursed | Combined Received | Balance | % Dist To Date | % to Dist | Total Dist % 11.84% | Additional Distribution 620,000.00 |
|---|---|---|---|---|---|---|---|
| Ramirez, Jesse P. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Redditt, Shirley Faye | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Reed, Jeffrey | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Reynolds, Connie Seets | - | 30,000.00 | 30,000.00 | 0.00% | 11.84% | 11.84% | 3,550.81 |
| Rhodes, Regina | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Richard, Melonie | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Rico, Laneta | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Rico, Richard | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Riley, Yvonne | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Rivera, Jason | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Rivera, Rena | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Rivera, Rosario | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Robinson, Anthony Cardle | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Robinson, Harold Jr. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Robinson, Leatha | 2,000.00 | 20,000.00 | 18,000.00 | 10.00% | 1.84% | 11.84% | 367.21 |
| Robinson, Marc | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Robinson, Ruby & Nathan | 1,800.00 | 20,000.00 | 18,200.00 | 9.00% | 2.84% | 11.84% | 567.21 |
| Rock, Ginger | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Rock, James Jr. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Rodriguez, Raul | - | 80,000.00 | 80,000.00 | 0.00% | 11.84% | 11.84% | 9,468.82 |
| Romandelgado, Andres | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Romano, Cheryl | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Rousey, Ron | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Roy, Megan | - | 25,000.00 | 25,000.00 | 0.00% | 11.84% | 11.84% | 2,959.01 |
| Ruaburo, Mary Ann U. | - | 50,000.00 | 50,000.00 | 0.00% | 11.84% | 11.84% | 5,918.01 |
| Sally, Lynn | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Sanders, Brenda | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Sauerbrei, Robert L. Sr. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Scarbough, Rosalind | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Semper, Robin | 1,000.00 | 10,000.00 | 9,000.00 | 10.00% | 1.84% | 11.84% | 183.60 |
| Serna, Renwick G. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Sharda, Dinesh | - | 25,000.00 | 25,000.00 | 0.00% | 11.84% | 11.84% | 2,959.01 |
| Silas, LaDortha R. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Simmons, Patrick | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Singh, Janita | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Singh, Joyce J. | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Singh, Mohenish | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Singh, Priya | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Smith, Rose Marie | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Smith, Yvonne | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |

Exhibit C    Page 5 of 13

| | | | | | | 11.84% | 620,000.00 |
|---|---|---|---|---|---|---|---|
| | | Combined | | % Dist | % to | Total | Additional |
| Investor | Disbursed | Received | Balance | To Date | Dist | Dist % | Distribution |
| Steward, David | 900.00 | 10,000.00 | 9,100.00 | 9.00% | 2.84% | 11.84% | 283.60 |
| Steward, Frederick M. | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Steward, V & Guiton, J. | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Stinson, Jeff | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Story, Kimberly & John | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Taylor, Narvel & Lorna | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Taylor, Shemica | - | 25,000.00 | 25,000.00 | 0.00% | 11.84% | 11.84% | 2,959.01 |
| Terry, Jerry | - | 40,000.00 | 40,000.00 | 0.00% | 11.84% | 11.84% | 4,734.41 |
| Thomas, Vivian D. | - | 40,000.00 | 40,000.00 | 0.00% | 11.84% | 11.84% | 4,734.41 |
| Torres, George & Matilda | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Tripp, Ann | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Turay, Amadu & Maryanne | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Turner, Perlena | - | 35,000.00 | 35,000.00 | 0.00% | 11.84% | 11.84% | 4,142.61 |
| Valdes, Nadesdye | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Valerie, Paris & Mechele | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Valle, Jesima | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Villanueva, Ranie & Anac. | - | 460,000.00 | 460,000.00 | 0.00% | 11.84% | 11.84% | 54,445.72 |
| Vinson, Wayne | - | 65,000.00 | 65,000.00 | 0.00% | 11.84% | 11.84% | 7,693.42 |
| Walker, Thomas & Margeaux | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Wall, Edrie Marlene | - | 10,000.00 | 10,000.00 | 0.00% | 11.84% | 11.84% | 1,183.60 |
| Washington, Sherman | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Wells, Lauton & Timothy | - | 50,000.00 | 50,000.00 | 0.00% | 11.84% | 11.84% | 5,918.01 |
| West, Gertrude | - | 40,000.00 | 40,000.00 | 0.00% | 11.84% | 11.84% | 4,734.41 |
| Wilkins, Charles | 1,000.00 | 10,000.00 | 9,000.00 | 10.00% | 1.84% | 11.84% | 183.60 |
| Williams, Debra R. | - | 15,000.00 | 15,000.00 | 0.00% | 11.84% | 11.84% | 1,775.40 |
| Williams, Joseph Sr. | 1,800.00 | 20,000.00 | 18,200.00 | 9.00% | 2.84% | 11.84% | 567.21 |
| Wilson, Thomas | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Woods, Maurice | - | 20,000.00 | 20,000.00 | 0.00% | 11.84% | 11.84% | 2,367.21 |
| Zeledon, Rommel & Leticia | - | 35,000.00 | 35,000.00 | 0.00% | 11.84% | 11.84% | 4,142.61 |
| Hail, Rickey Ray | 2,400.00 | 20,000.00 | 17,600.00 | 12.00% | 0.00% | 12.00% | - |
| Lopez, Saul F. | 2,400.00 | 20,000.00 | 17,600.00 | 12.00% | 0.00% | 12.00% | - |
| Vasquez, Avinoe Miranda | 2,400.00 | 20,000.00 | 17,600.00 | 12.00% | 0.00% | 12.00% | - |
| Wiggins, Jim & Linda | 5,000.00 | 40,000.00 | 35,000.00 | 12.50% | 0.00% | 12.50% | - |
| Oddie, Fredrick | 1,300.00 | 10,000.00 | 8,700.00 | 13.00% | 0.00% | 13.00% | - |
| Vaughn, Jean P. | 3,250.00 | 25,000.00 | 21,750.00 | 13.00% | 0.00% | 13.00% | - |
| Williams, Lillie | 1,000.00 | 7,500.00 | 6,500.00 | 13.33% | 0.00% | 13.33% | - |
| Franklin, Judith | 1,350.00 | 10,000.00 | 8,650.00 | 13.50% | 0.00% | 13.50% | - |
| Singleton, Johnny | 4,200.00 | 30,000.00 | 25,800.00 | 14.00% | 0.00% | 14.00% | - |
| Delavallade, Rosalie/Kirkpatrick | 1,800.00 | 12,500.00 | 10,700.00 | 14.40% | 0.00% | 14.40% | - |
| Catambay, Bill | 1,500.00 | 10,000.00 | 8,500.00 | 15.00% | 0.00% | 15.00% | - |

Exhibit C   Page 6 of 13

|  |  | Combined |  | % Dist | % to | 11.84% Total | 620,000.00 Additional |
|---|---|---|---|---|---|---|---|
| Investor | Disbursed | Received | Balance | To Date | Dist | Dist % | Distribution |
| Yeater, Erlinda | 3,000.00 | 20,000.00 | 17,000.00 | 15.00% | 0.00% | 15.00% | - |
| Castillo, Tony | 20,000.00 | 130,000.00 | 110,000.00 | 15.38% | 0.00% | 15.38% | - |
| Green, Anthony | 3,900.00 | 24,900.00 | 21,000.00 | 15.66% | 0.00% | 15.66% | - |
| Lawson-Dixion, Pamela | 5,800.00 | 35,000.00 | 29,200.00 | 16.57% | 0.00% | 16.57% | - |
| Lewis, Arthur | 1,000.00 | 5,800.00 | 4,800.00 | 17.24% | 0.00% | 17.24% | - |
| Francois, M. & Reeves, B. | 5,200.00 | 30,000.00 | 24,800.00 | 17.33% | 0.00% | 17.33% | - |
| Swanson, Cheryl | 38,000.00 | 215,000.00 | 177,000.00 | 17.67% | 0.00% | 17.67% | - |
| Gholar, A.J. | 1,800.00 | 10,000.00 | 8,200.00 | 18.00% | 0.00% | 18.00% | - |
| Rodriquez, Raul & Olivia | 1,800.00 | 10,000.00 | 8,200.00 | 18.00% | 0.00% | 18.00% | - |
| Villanueva, Anacleta | 10,000.00 | 55,000.00 | 45,000.00 | 18.18% | 0.00% | 18.18% | - |
| Bowie, James | 4,000.00 | 20,000.00 | 16,000.00 | 20.00% | 0.00% | 20.00% | - |
| Byrd, Douglas | 3,000.00 | 15,000.00 | 12,000.00 | 20.00% | 0.00% | 20.00% | - |
| Jackson, Daphne | 20,520.00 | 95,000.00 | 74,480.00 | 21.60% | 0.00% | 21.60% | - |
| Jaochico, Eloy S. | 19,500.00 | 90,000.00 | 70,500.00 | 21.67% | 0.00% | 21.67% | - |
| Harbin, Craig W. | 4,050.00 | 18,000.00 | 13,950.00 | 22.50% | 0.00% | 22.50% | - |
| Hills, Donald & Lisa | 4,500.00 | 20,000.00 | 15,500.00 | 22.50% | 0.00% | 22.50% | - |
| Schneider, Shirley | 4,800.00 | 21,200.00 | 16,400.00 | 22.64% | 0.00% | 22.64% | - |
| Michael, Melinda K. | 17,400.00 | 70,000.00 | 52,600.00 | 24.86% | 0.00% | 24.86% | - |
| Javid, Hamid | 12,600.00 | 50,000.00 | 37,400.00 | 25.20% | 0.00% | 25.20% | - |
| Baltz, Michelle | 2,700.00 | 10,000.00 | 7,300.00 | 27.00% | 0.00% | 27.00% | - |
| Clark, Ethel | 8,100.00 | 30,000.00 | 21,900.00 | 27.00% | 0.00% | 27.00% | - |
| Price, Greg | 5,400.00 | 20,000.00 | 14,600.00 | 27.00% | 0.00% | 27.00% | - |
| Prose, Patrick | 7,000.00 | 25,000.00 | 18,000.00 | 28.00% | 0.00% | 28.00% | - |
| Rodriguez, Sharon or Issac | 8,600.00 | 30,000.00 | 21,400.00 | 28.67% | 0.00% | 28.67% | - |
| Stone, Mildred | 5,850.00 | 20,000.00 | 14,150.00 | 29.25% | 0.00% | 29.25% | - |
| Champion, Karen | 3,000.00 | 10,000.00 | 7,000.00 | 30.00% | 0.00% | 30.00% | - |
| Jones, Kenneth D. Sr. | 3,000.00 | 10,000.00 | 7,000.00 | 30.00% | 0.00% | 30.00% | - |
| Smith, Sonja | 6,100.00 | 20,000.00 | 13,900.00 | 30.50% | 0.00% | 30.50% | - |
| Galbreath, Kimberly | 9,200.00 | 30,000.00 | 20,800.00 | 30.67% | 0.00% | 30.67% | - |
| Jenkins, Stan | 6,150.00 | 20,000.00 | 13,850.00 | 30.75% | 0.00% | 30.75% | - |
| Taylor, Clevlon & Esther | 9,300.00 | 30,000.00 | 20,700.00 | 31.00% | 0.00% | 31.00% | - |
| Armstead, Linda | 14,700.00 | 46,800.00 | 32,100.00 | 31.41% | 0.00% | 31.41% | - |
| Baker, Diidollosie M. | 6,300.00 | 20,000.00 | 13,700.00 | 31.50% | 0.00% | 31.50% | - |
| Singleton, Robert | 6,300.00 | 20,000.00 | 13,700.00 | 31.50% | 0.00% | 31.50% | - |
| Green, Vicky | 38,250.00 | 120,000.00 | 81,750.00 | 31.88% | 0.00% | 31.88% | - |
| Friz, Alexander M. | 16,000.00 | 50,000.00 | 34,000.00 | 32.00% | 0.00% | 32.00% | - |
| Fowles, Michelle | 12,810.00 | 40,000.00 | 27,190.00 | 32.03% | 0.00% | 32.03% | - |
| McDowell, Tina | 5,000.00 | 15,000.00 | 10,000.00 | 33.33% | 0.00% | 33.33% | - |
| Roman, David | 13,480.00 | 40,000.00 | 26,520.00 | 33.70% | 0.00% | 33.70% | - |
| Hicky, John & Perez, Dawn | 51,555.00 | 150,000.00 | 98,445.00 | 34.37% | 0.00% | 34.37% | - |

Exhibit C    Page 7 of 13

|  |  | Combined |  | % Dist | % to | 11.84% Total | 620,000.00 Additional |
|---|---|---|---|---|---|---|---|
| Investor | Disbursed | Received | Balance | To Date | Dist | Dist % | Distribution |
| Harper, Sophia | 15,510.00 | 45,000.00 | 29,490.00 | 34.47% | 0.00% | 34.47% | - |
| Armstrong, Larona & Diane | 3,500.00 | 10,000.00 | 6,500.00 | 35.00% | 0.00% | 35.00% | - |
| Bobo, Tanya | 10,500.00 | 30,000.00 | 19,500.00 | 35.00% | 0.00% | 35.00% | - |
| Clarke-Spencer, Juliet | 7,020.00 | 20,000.00 | 12,980.00 | 35.10% | 0.00% | 35.10% | - |
| Finn-Carter, Hattie M. | 3,600.00 | 10,000.00 | 6,400.00 | 36.00% | 0.00% | 36.00% | - |
| McClendon, Dwayne | 3,600.00 | 10,000.00 | 6,400.00 | 36.00% | 0.00% | 36.00% | - |
| McFarland, Angela | 3,600.00 | 10,000.00 | 6,400.00 | 36.00% | 0.00% | 36.00% | - |
| Roman-Loaiza, Paula | 3,600.00 | 10,000.00 | 6,400.00 | 36.00% | 0.00% | 36.00% | - |
| Wilson, Alonzeo | 3,600.00 | 10,000.00 | 6,400.00 | 36.00% | 0.00% | 36.00% | - |
| Roman, Lou | 14,700.00 | 40,000.00 | 25,300.00 | 36.75% | 0.00% | 36.75% | - |
| Dunlap-Vickers, Patrice | 7,600.00 | 20,000.00 | 12,400.00 | 38.00% | 0.00% | 38.00% | - |
| Rapley, J.R. | 64,150.00 | 162,000.00 | 97,850.00 | 39.60% | 0.00% | 39.60% | - |
| Smith, Rita B. | 8,000.00 | 20,000.00 | 12,000.00 | 40.00% | 0.00% | 40.00% | - |
| Willoughby, Michelle | 6,000.00 | 15,000.00 | 9,000.00 | 40.00% | 0.00% | 40.00% | - |
| Yeater, Carol | 4,000.00 | 10,000.00 | 6,000.00 | 40.00% | 0.00% | 40.00% | - |
| Henderson, Zina | 60,100.00 | 150,000.00 | 89,900.00 | 40.07% | 0.00% | 40.07% | - |
| Jones, Vivian | 4,050.00 | 10,000.00 | 5,950.00 | 40.50% | 0.00% | 40.50% | - |
| Jones, Bobbi | 4,050.00 | 9,985.00 | 5,935.00 | 40.56% | 0.00% | 40.56% | - |
| Baker, Clyde | 4,100.00 | 10,000.00 | 5,900.00 | 41.00% | 0.00% | 41.00% | - |
| King, Tawanna | 8,200.00 | 20,000.00 | 11,800.00 | 41.00% | 0.00% | 41.00% | - |
| Autrey, Gary | 4,500.00 | 10,900.00 | 6,400.00 | 41.28% | 0.00% | 41.28% | - |
| Brazzell, Clara | 4,200.00 | 10,000.00 | 5,800.00 | 42.00% | 0.00% | 42.00% | - |
| Hedberg, Kerry | 4,200.00 | 10,000.00 | 5,800.00 | 42.00% | 0.00% | 42.00% | - |
| Jordan Investment Group | 4,200.00 | 10,000.00 | 5,800.00 | 42.00% | 0.00% | 42.00% | - |
| Ousborn, Herman Sr. | 4,200.00 | 10,000.00 | 5,800.00 | 42.00% | 0.00% | 42.00% | - |
| Wilkins, Katherine | 4,200.00 | 10,000.00 | 5,800.00 | 42.00% | 0.00% | 42.00% | - |
| Jenkins, William | 19,160.00 | 45,000.00 | 25,840.00 | 42.58% | 0.00% | 42.58% | - |
| Williams, Lori | 6,400.00 | 15,000.00 | 8,600.00 | 42.67% | 0.00% | 42.67% | - |
| Heyer, Amrik & Jasbir | 43,065.00 | 100,000.00 | 56,935.00 | 43.07% | 0.00% | 43.07% | - |
| King, Dwight | 28,000.00 | 65,000.00 | 37,000.00 | 43.08% | 0.00% | 43.08% | - |
| Green, Roy & Fannie | 26,550.00 | 60,000.00 | 33,450.00 | 44.25% | 0.00% | 44.25% | - |
| Munroe, Laurin | 44,700.00 | 100,000.00 | 55,300.00 | 44.70% | 0.00% | 44.70% | - |
| Gallegos, Juan G. | 13,500.00 | 30,000.00 | 16,500.00 | 45.00% | 0.00% | 45.00% | - |
| Harris, Teresa | 4,500.00 | 10,000.00 | 5,500.00 | 45.00% | 0.00% | 45.00% | - |
| Stephanoff, George | 27,000.00 | 60,000.00 | 33,000.00 | 45.00% | 0.00% | 45.00% | - |
| Boyd, Wilhemina/Elm Mgmt | 31,750.00 | 70,000.00 | 38,250.00 | 45.36% | 0.00% | 45.36% | - |
| Hicks, Betty | 18,550.00 | 40,000.00 | 21,450.00 | 46.38% | 0.00% | 46.38% | - |
| Pierce, Cornelia | 7,000.00 | 15,000.00 | 8,000.00 | 46.67% | 0.00% | 46.67% | - |
| Bautista, Christy | 4,680.00 | 10,000.00 | 5,320.00 | 46.80% | 0.00% | 46.80% | - |
| Grabarsky, Robert | 66,050.00 | 140,000.00 | 73,950.00 | 47.18% | 0.00% | 47.18% | - |

Exhibit C    Page 8 of 13

| | | Combined | | % Dist | % to | 11.84% Total | 620,000.00 Additional |
|---|---|---|---|---|---|---|---|
| Investor | Disbursed | Received | Balance | To Date | Dist | Dist % | Distribution |
| Carter, Lena | 16,600.00 | 35,000.00 | 18,400.00 | 47.43% | 0.00% | 47.43% | - |
| King Solomon's Wisdom Inv. | 123,550.00 | 259,970.00 | 136,420.00 | 47.52% | 0.00% | 47.52% | - |
| Sales, Curtis L. | 14,500.00 | 30,000.00 | 15,500.00 | 48.33% | 0.00% | 48.33% | - |
| Manson, Robert | 24,450.00 | 50,000.00 | 25,550.00 | 48.90% | 0.00% | 48.90% | - |
| Brown, Patricia | 5,000.00 | 10,000.00 | 5,000.00 | 50.00% | 0.00% | 50.00% | - |
| Lindsey, Napoleon | 5,000.00 | 10,000.00 | 5,000.00 | 50.00% | 0.00% | 50.00% | - |
| Major, Emerson | 15,350.00 | 30,000.00 | 14,650.00 | 51.17% | 0.00% | 51.17% | - |
| Ponce, David | 30,800.00 | 60,000.00 | 29,200.00 | 51.33% | 0.00% | 51.33% | - |
| Willoughby, Denise | 18,150.00 | 35,000.00 | 16,850.00 | 51.86% | 0.00% | 51.86% | - |
| Williams, Mary B. | 5,200.00 | 10,000.00 | 4,800.00 | 52.00% | 0.00% | 52.00% | - |
| Gardener, Nate | 10,450.00 | 20,000.00 | 9,550.00 | 52.25% | 0.00% | 52.25% | - |
| Mambaje, Exequiel | 21,300.00 | 40,000.00 | 18,700.00 | 53.25% | 0.00% | 53.25% | - |
| Dixon, Kimberley L. | 5,400.00 | 10,000.00 | 4,600.00 | 54.00% | 0.00% | 54.00% | - |
| Sally, Brian & Lynn | 5,400.00 | 10,000.00 | 4,600.00 | 54.00% | 0.00% | 54.00% | - |
| Thomas, Shatrina | 5,500.00 | 10,000.00 | 4,500.00 | 55.00% | 0.00% | 55.00% | - |
| Henderson, Milton | 36,074.24 | 65,000.00 | 28,925.76 | 55.50% | 0.00% | 55.50% | - |
| Grant, Sheryl A. | 11,250.00 | 20,000.00 | 8,750.00 | 56.25% | 0.00% | 56.25% | - |
| Grantham, Laura | 11,250.00 | 20,000.00 | 8,750.00 | 56.25% | 0.00% | 56.25% | - |
| Galah Holding Co. | 47,850.00 | 85,000.00 | 37,150.00 | 56.29% | 0.00% | 56.29% | - |
| Sanders, Robert L. Sr. | 11,300.00 | 20,000.00 | 8,700.00 | 56.50% | 0.00% | 56.50% | - |
| Rigby, Joy | 11,350.00 | 20,000.00 | 8,650.00 | 56.75% | 0.00% | 56.75% | - |
| Lofton, Sydrian | 5,700.00 | 10,000.00 | 4,300.00 | 57.00% | 0.00% | 57.00% | - |
| Moore, Leonard | 11,450.00 | 20,000.00 | 8,550.00 | 57.25% | 0.00% | 57.25% | - |
| Napoletano, Jerry | 17,225.00 | 30,000.00 | 12,775.00 | 57.42% | 0.00% | 57.42% | - |
| Luker, Gene | 5,850.00 | 10,000.00 | 4,150.00 | 58.50% | 0.00% | 58.50% | - |
| Tomlinson, Tammy | 9,450.00 | 16,000.00 | 6,550.00 | 59.06% | 0.00% | 59.06% | - |
| Farmer, Jeffrey M. | 59,700.00 | 100,000.00 | 40,300.00 | 59.70% | 0.00% | 59.70% | - |
| Douglas, Elaine | 9,000.00 | 15,000.00 | 6,000.00 | 60.00% | 0.00% | 60.00% | - |
| Gowin, Robert | 6,000.00 | 10,000.00 | 4,000.00 | 60.00% | 0.00% | 60.00% | - |
| Jordan, Teresa | 6,000.00 | 10,000.00 | 4,000.00 | 60.00% | 0.00% | 60.00% | - |
| Stone, Stephanie | 6,050.00 | 10,000.00 | 3,950.00 | 60.50% | 0.00% | 60.50% | - |
| Smith, Tony | 9,400.00 | 15,000.00 | 5,600.00 | 62.67% | 0.00% | 62.67% | - |
| Ousborn, Ray | 16,200.00 | 25,000.00 | 8,800.00 | 64.80% | 0.00% | 64.80% | - |
| Williams, Willa | 196,019.91 | 300,000.00 | 103,980.09 | 65.34% | 0.00% | 65.34% | - |
| Rigby, Odell | 462,950.35 | 705,950.35 | 243,000.00 | 65.58% | 0.00% | 65.58% | - |
| Tomlinson, Darrell | 15,150.00 | 23,000.00 | 7,850.00 | 65.87% | 0.00% | 65.87% | - |
| Lollis, Rosie | 19,800.00 | 30,000.00 | 10,200.00 | 66.00% | 0.00% | 66.00% | - |
| Steward, Vernice | 26,400.00 | 40,000.00 | 13,600.00 | 66.00% | 0.00% | 66.00% | - |
| Payne, Khia | 6,700.00 | 10,000.00 | 3,300.00 | 67.00% | 0.00% | 67.00% | - |
| Odom, Lemmie or Bertha | 10,110.00 | 15,000.00 | 4,890.00 | 67.40% | 0.00% | 67.40% | - |

Exhibit C — Page 9 of 13

| Investor | Disbursed | Combined Received | Balance | % Dist To Date | % to Dist | 11.84% Total Dist % | 620,000.00 Additional Distribution |
|---|---|---|---|---|---|---|---|
| Beato, Dennis & Carmelita | 6,750.00 | 10,000.00 | 3,250.00 | 67.50% | 0.00% | 67.50% | - |
| Beato, Glen | 6,750.00 | 10,000.00 | 3,250.00 | 67.50% | 0.00% | 67.50% | - |
| Figueroa, Rudy P. | 6,750.00 | 10,000.00 | 3,250.00 | 67.50% | 0.00% | 67.50% | - |
| Spencer, Nish | 40,750.00 | 60,000.00 | 19,250.00 | 67.92% | 0.00% | 67.92% | - |
| Major, Emerson & Katrina | 17,000.00 | 25,000.00 | 8,000.00 | 68.00% | 0.00% | 68.00% | - |
| Ashford, Ardyce L. Jr | 13,730.00 | 20,000.00 | 6,270.00 | 68.65% | 0.00% | 68.65% | - |
| Jones, Earl & Bridgette | 34,500.00 | 50,000.00 | 15,500.00 | 69.00% | 0.00% | 69.00% | - |
| Pierce, Joyce | 35,100.00 | 50,300.00 | 15,200.00 | 69.78% | 0.00% | 69.78% | - |
| Brown Trust Fund | 115,150.00 | 165,000.00 | 49,850.00 | 69.79% | 0.00% | 69.79% | - |
| Armstead, Brittney S. | 7,200.00 | 10,000.00 | 2,800.00 | 72.00% | 0.00% | 72.00% | - |
| Alhadi, Hamzah | 72,400.00 | 100,000.00 | 27,600.00 | 72.40% | 0.00% | 72.40% | - |
| Molina, Bennie & Lucille | 44,390.00 | 60,000.00 | 15,610.00 | 73.98% | 0.00% | 73.98% | - |
| Willstar Inc. | 233,050.00 | 308,600.00 | 75,550.00 | 75.52% | 0.00% | 75.52% | - |
| Gaba Enterprises Inc. | 72,000.00 | 95,000.00 | 23,000.00 | 75.79% | 0.00% | 75.79% | - |
| Longo, Gregg M. | 7,750.00 | 10,000.00 | 2,250.00 | 77.50% | 0.00% | 77.50% | - |
| Luker, Ted | 11,800.00 | 15,000.00 | 3,200.00 | 78.67% | 0.00% | 78.67% | - |
| Dunbar, Darnell | 16,000.00 | 20,000.00 | 4,000.00 | 80.00% | 0.00% | 80.00% | - |
| Brown, Patricia & Lee | 24,250.00 | 30,000.00 | 5,750.00 | 80.83% | 0.00% | 80.83% | - |
| Co, Maria | 8,100.00 | 10,000.00 | 1,900.00 | 81.00% | 0.00% | 81.00% | - |
| Gaines, Alex | 8,100.00 | 10,000.00 | 1,900.00 | 81.00% | 0.00% | 81.00% | - |
| Baker, James | 16,490.00 | 20,000.00 | 3,510.00 | 82.45% | 0.00% | 82.45% | - |
| Bass, Sammie | 25,350.00 | 30,000.00 | 4,650.00 | 84.50% | 0.00% | 84.50% | - |
| Pierson, Jerry | 169,100.00 | 200,000.00 | 30,900.00 | 84.55% | 0.00% | 84.55% | - |
| Days, Vernon | 8,500.00 | 10,000.00 | 1,500.00 | 85.00% | 0.00% | 85.00% | - |
| Wade, Lennell | 8,550.00 | 10,000.00 | 1,450.00 | 85.50% | 0.00% | 85.50% | - |
| Jordan, Harold & Yvonne | 56,166.50 | 65,000.00 | 8,833.50 | 86.41% | 0.00% | 86.41% | - |
| Green, Fannie | 8,750.00 | 10,000.00 | 1,250.00 | 87.50% | 0.00% | 87.50% | - |
| Dupuy, Garry & Sondra | 8,760.00 | 10,000.00 | 1,240.00 | 87.60% | 0.00% | 87.60% | - |
| Davis, Riggie | 17,600.00 | 20,000.00 | 2,400.00 | 88.00% | 0.00% | 88.00% | - |
| Naiker, Rajeshwari | 13,550.00 | 15,000.00 | 1,450.00 | 90.33% | 0.00% | 90.33% | - |
| Redding, Diana | 9,100.00 | 10,000.00 | 900.00 | 91.00% | 0.00% | 91.00% | - |
| Isom, Brenda | 23,350.00 | 25,000.00 | 1,650.00 | 93.40% | 0.00% | 93.40% | - |
| Molina, Bernie | 48,500.00 | 50,000.00 | 1,500.00 | 97.00% | 0.00% | 97.00% | - |
| Fudge, Amelia | 10,000.00 | 10,000.00 | - | 100.00% | 0.00% | 100.00% | - |
| Tolliver, Yolanda | 10,000.00 | 10,000.00 | - | 100.00% | 0.00% | 100.00% | - |
| Real Dev. & Acquist. | 346,000.00 | 344,500.00 | (1,500.00) | 100.44% | 0.00% | 100.44% | - |
| Douglas, Clifford | 26,100.00 | 25,000.00 | (1,100.00) | 104.40% | 0.00% | 104.40% | - |
| Bishop, Jessie | 55,150.00 | 52,600.00 | (2,550.00) | 104.85% | 0.00% | 104.85% | - |
| Hicks, Shelia | 31,695.00 | 30,000.00 | (1,695.00) | 105.65% | 0.00% | 105.65% | - |
| Jurado, Mary Jane | 11,050.00 | 10,000.00 | (1,050.00) | 110.50% | 0.00% | 110.50% | - |

Exhibit C                                                                 Page 10 of 13

| Investor | Disbursed | Combined Received | Balance | % Dist To Date | % to Dist | 11.84% Total Dist % | 620,000.00 Additional Distribution |
|---|---|---|---|---|---|---|---|
| Bautista, Adolph | 33,500.00 | 30,000.00 | (3,500.00) | 111.67% | 0.00% | 111.67% | - |
| Clinton, Pinky | 16,700.00 | 13,500.00 | (3,200.00) | 123.70% | 0.00% | 123.70% | - |
| Beato, Alicia | 25,100.00 | 20,000.00 | (5,100.00) | 125.50% | 0.00% | 125.50% | - |
| New Branch Zion/Pierce, G&L | 367,450.00 | 282,500.00 | (84,950.00) | 130.07% | 0.00% | 130.07% | - |
| Pace, Stephanie | 37,800.00 | 29,000.00 | (8,800.00) | 130.34% | 0.00% | 130.34% | - |
| Tomlinson, D/Nor Cal Props | 266,283.85 | 202,900.00 | (63,383.85) | 131.24% | 0.00% | 131.24% | - |
| Henderson, Earnestine | 13,350.00 | 10,124.24 | (3,225.76) | 131.86% | 0.00% | 131.86% | - |
| Sykes, Cassandra | 12,000.00 | 8,750.00 | (3,250.00) | 137.14% | 0.00% | 137.14% | - |
| Mims, L. or Pierce, R. | 28,700.00 | 20,000.00 | (8,700.00) | 143.50% | 0.00% | 143.50% | - |
| Pierce, Qiuana | 13,000.00 | 9,000.00 | (4,000.00) | 144.44% | 0.00% | 144.44% | - |
| Sykes, Gloria | 111,500.00 | 75,000.00 | (36,500.00) | 148.67% | 0.00% | 148.67% | - |
| Ferguson, Lillie & Joseph | 41,600.00 | 26,000.00 | (15,600.00) | 160.00% | 0.00% | 160.00% | - |
| Affordable Housing Inc. | 211,300.00 | 124,000.00 | (87,300.00) | 170.40% | 0.00% | 170.40% | - |
| Bart-Plange, Emmanuel | 17,210.00 | 10,000.00 | (7,210.00) | 172.10% | 0.00% | 172.10% | - |
| Singh, Lawrence | 21,050.00 | 10,000.00 | (11,050.00) | 210.50% | 0.00% | 210.50% | - |
| Bishop, Larry/Nat Acq Brok | 347,100.00 | 135,000.00 | (212,100.00) | 257.11% | 0.00% | 257.11% | - |
| Flowers, Charle/Luta | 405,100.00 | 150,500.00 | (254,600.00) | 269.17% | 0.00% | 269.17% | - |
| Rigby, Rachelle | 173,731.92 | 60,000.00 | (113,731.92) | 289.55% | 0.00% | 289.55% | - |
| Cooper Gillespie Kids Trst | 3,600.00 | - | (3,600.00) | 999.99% | 0.00% | 999.99% | - |
| Manual, Aaron | 5,000.00 | - | (5,000.00) | 999.99% | 0.00% | 999.99% | - |
| Platinum Investments Inc. | 32,450.00 | - | (32,450.00) | 999.99% | 0.00% | 999.99% | - |
|  | 6,318,686.77 | 14,596,030.45 | 8,277,343.68 |  |  |  | 620,000.00 |
| **Surveys Not Returned** | | | | | | | |
| Balicki, Claudine | 4,200.00 | 10,000.00 | 5,800.00 | N/A | N/A | N/A | N/A |
| Battle, Lynitra | 1,200.00 | 10,000.00 | 8,800.00 | N/A | N/A | N/A | N/A |
| Bishop, Ambrose | 27,500.00 | 25,000.00 | (2,500.00) | N/A | N/A | N/A | N/A |
| Bishop, Shakira | 6,400.00 | 10,000.00 | 3,600.00 | N/A | N/A | N/A | N/A |
| Blue Steel Ventures | 67,100.00 | 10,000.00 | (57,100.00) | N/A | N/A | N/A | N/A |
| Boutte, Wanda | 26,600.00 | 24,000.00 | (2,600.00) | N/A | N/A | N/A | N/A |
| Clayton, Jeffrey | 1,800.00 | 20,000.00 | 18,200.00 | N/A | N/A | N/A | N/A |
| Collins, Barbara | 8,540.00 | 20,000.00 | 11,460.00 | N/A | N/A | N/A | N/A |
| Davis, Demitriss | 15,000.00 | - | (15,000.00) | N/A | N/A | N/A | N/A |
| Dixon, Marie | 9,000.00 | 10,000.00 | 1,000.00 | N/A | N/A | N/A | N/A |
| Donovan, Palmyre | 2,000.00 | 10,000.00 | 8,000.00 | N/A | N/A | N/A | N/A |
| Ellison, Gerald & Cheryl | 9,000.00 | 10,000.00 | 1,000.00 | N/A | N/A | N/A | N/A |
| Emeli, Victor | 39,105.00 | 30,000.00 | (9,105.00) | N/A | N/A | N/A | N/A |
| Fallman, John Murray | 19,100.00 | 10,000.00 | (9,100.00) | N/A | N/A | N/A | N/A |
| Foster, Tammy & Hardy | 134,850.00 | 75,000.00 | (59,850.00) | N/A | N/A | N/A | N/A |
| Fox, Vernon C. | 5,400.00 | 10,000.00 | 4,600.00 | N/A | N/A | N/A | N/A |

Exhibit C

| Investor | Disbursed | Combined Received | Balance | % Dist To Date | % to Dist | 11.84% Total Dist % | 620,000.00 Additional Distribution |
|---|---|---|---|---|---|---|---|
| Frommoethelydo, Terry | 13,000.00 | 10,000.00 | (3,000.00) | N/A | N/A | N/A | N/A |
| Gaspaud, Curtis | 144,295.00 | 78,800.00 | (65,495.00) | N/A | N/A | N/A | N/A |
| Greer, Gwen |  | 8,500.00 | 8,500.00 | N/A | N/A | N/A | N/A |
| Hamid, Khalid & Wahiba, H. | 28,000.00 | 195,000.00 | 167,000.00 | N/A | N/A | N/A | N/A |
| Hamilton, Catherine & Gary |  | 30,000.00 | 30,000.00 | N/A | N/A | N/A | N/A |
| Hamilton, Gary | 5,200.00 | 104,000.00 | 98,800.00 | N/A | N/A | N/A | N/A |
| Hanson, Liliana & Hamza | 16,000.00 |  | (16,000.00) | N/A | N/A | N/A | N/A |
| Harris, Johhny E. | 28,150.00 | 25,000.00 | (3,150.00) | N/A | N/A | N/A | N/A |
| Hatch, David W. | 15,000.00 | 10,000.00 | (5,000.00) | N/A | N/A | N/A | N/A |
| Hunter, Elois M. | 10,800.00 | 10,000.00 | (800.00) | N/A | N/A | N/A | N/A |
| James, Mae |  | 10,000.00 | 10,000.00 | N/A | N/A | N/A | N/A |
| Johnson, Kenny |  | 10,000.00 | 10,000.00 | N/A | N/A | N/A | N/A |
| Jones, Rodney | 13,800.00 | 10,000.00 | (3,800.00) | N/A | N/A | N/A | N/A |
| Kelly, Dale | 52,250.00 | 40,000.00 | (12,250.00) | N/A | N/A | N/A | N/A |
| King, Mae | 60,800.00 | 60,000.00 | (800.00) | N/A | N/A | N/A | N/A |
| King, Steve |  | 10,000.00 | 10,000.00 | N/A | N/A | N/A | N/A |
| Kishner, Sharon | 32,300.00 | 23,000.00 | (9,300.00) | N/A | N/A | N/A | N/A |
| Leach, John H. |  | 10,000.00 | 10,000.00 | N/A | N/A | N/A | N/A |
| Lewis, Brad | 34,900.00 | 30,000.00 | (4,900.00) | N/A | N/A | N/A | N/A |
| Lewis, Lynn | 12,320.00 |  | (12,320.00) | N/A | N/A | N/A | N/A |
| Li, Winie | 1,970.00 |  | (1,970.00) | N/A | N/A | N/A | N/A |
| Lin, Jennifer | 34,600.00 | 45,000.00 | 10,400.00 | N/A | N/A | N/A | N/A |
| Lindsey, Alex | 84,300.00 | 56,000.00 | (28,300.00) | N/A | N/A | N/A | N/A |
| Lopez, Debbie | 10,500.00 | 7,500.00 | (3,000.00) | N/A | N/A | N/A | N/A |
| Mageale, Melito M. | 15,200.00 | 10,000.00 | (5,200.00) | N/A | N/A | N/A | N/A |
| McLorin, Dan | 31,000.00 | 10,000.00 | (21,000.00) | N/A | N/A | N/A | N/A |
| Mitchell, Rodney | 1,150.00 | 10,000.00 | 8,850.00 | N/A | N/A | N/A | N/A |
| Ogambs, Ursula Ngozi |  | 10,000.00 | 10,000.00 | N/A | N/A | N/A | N/A |
| Perkins, Francell | 20,250.00 | 20,000.00 | (250.00) | N/A | N/A | N/A | N/A |
| Phillips, Ida | 10,000.00 | 10,000.00 |  | N/A | N/A | N/A | N/A |
| Pierce, Clarence | 12,000.00 | 5,000.00 | (7,000.00) | N/A | N/A | N/A | N/A |
| Pierce, James & Joyce | 14,800.00 | 10,000.00 | (4,800.00) | N/A | N/A | N/A | N/A |
| Presto, Jacqueline | 35,650.00 | 10,000.00 | (25,650.00) | N/A | N/A | N/A | N/A |
| Preston, Dessie R. | 5,400.00 | 10,000.00 | 4,600.00 | N/A | N/A | N/A | N/A |
| Puma, Julie M. | 1,600.00 | 20,000.00 | 18,400.00 | N/A | N/A | N/A | N/A |
| Qualls, Princella | 88,565.68 | 50,000.00 | (38,565.68) | N/A | N/A | N/A | N/A |
| Rideau, Leonard | 60,650.00 | 59,900.00 | (750.00) | N/A | N/A | N/A | N/A |
| Rideau, Shane | 29,600.00 | 12,500.00 | (17,100.00) | N/A | N/A | N/A | N/A |
| Rodriguez, Aden |  | 10,000.00 | 10,000.00 | N/A | N/A | N/A | N/A |
| Sanchez, Jose N. | 5,400.00 | 20,000.00 | 14,600.00 | N/A | N/A | N/A | N/A |

Exhibit C — Page 12 of 13

|  | Combined | | | % Dist | % to | 11.84% Total | 620,000.00 Additional |
|---|---|---|---|---|---|---|---|
| Investor | Disbursed | Received | Balance | To Date | Dist | Dist % | Distribution |
| Savage, Jerri | 32,402.00 | 33,650.00 | 1,248.00 | N/A | N/A | N/A | N/A |
| Schuler, Paul | 117,400.00 | 55,000.00 | (62,400.00) | N/A | N/A | N/A | N/A |
| Smith, Margaret A. | 9,200.00 | 10,000.00 | 800.00 | N/A | N/A | N/A | N/A |
| Turner, Corey |  | 10,000.00 | 10,000.00 | N/A | N/A | N/A | N/A |
| Valera, Hazel | 106,930.00 |  | (106,930.00) | N/A | N/A | N/A | N/A |
| Violich, Velma | 10,000.00 | 10,000.00 | - | N/A | N/A | N/A | N/A |
| Whitfield, Darren/CD Solut | 80,100.00 | 42,450.00 | (37,650.00) | N/A | N/A | N/A | N/A |
| Whitfield, Derrek | 10,950.00 | 30,000.00 | 19,050.00 | N/A | N/A | N/A | N/A |
| Williams, Anita | 115,050.00 |  | (115,050.00) | N/A | N/A | N/A | N/A |
| Williams, Carton & Lola | 33,250.00 | 27,000.00 | (6,250.00) | N/A | N/A | N/A | N/A |
| Williams, Joseph Jr. | 14,000.00 | 15,000.00 | 1,000.00 | N/A | N/A | N/A | N/A |
| Williams, Sam/Mac Invest. | 133,878.40 | 90,000.00 | (43,878.40) | N/A | N/A | N/A | N/A |
| Young, Latonda | 4,200.00 | 18,476.22 | 14,276.22 | N/A | N/A | N/A | N/A |
|  | 1,973,606.08 | 1,685,776.22 | (287,829.86) |  |  |  |  |
| **Unallocated Transactions** |  |  |  |  |  |  |  |
| Deposits Unidentified | 240,476.00 | 958,176.01 | 717,700.01 | N/A | N/A | N/A | N/A |
| Payments Unidentified | 200,749.22 | - | (200,749.22) | N/A | N/A | N/A | N/A |
| Unallocated Payments | 63,779.00 |  | (63,779.00) | N/A | N/A | N/A | N/A |
|  | 505,004.22 | 958,176.01 | 453,171.79 |  |  |  | N/A |
|  | 8,797,297.07 | 17,239,982.68 | 8,442,685.61 | N/A | N/A | N/A | 620,000.00 |

Exhibit C   Page 13 of 13