FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

*Attorneys for Receiver Stephen E. Anderson*

FILED

NOV 1 6 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON,<br><br>*Defendants*,<br><br>and<br><br>REALTOPIA, INC.,<br><br>*Relief Defendant.* | Case No. C 04-1742 CRB<br><br>[PROPOSED] ORDER AUTHORIZING, RATIFYING AND APPROVING RECEIVER'S RETENTION OF TAX ACCOUNTANT |

WHEREAS court-appointed receiver Stephen E. Anderson ("Receiver") seeks an order authorizing and ratifying the retention of Mark Hawkes of Hulme & Hawkes Accountancy Corporation to provide tax advice and tax preparation services to Receiver; and

WHEREAS Mr. Hawkes is an experienced CPA, and his hourly rate is $220;

NOW, THEREFORE good cause being shown, the Court hereby orders as follows:

Receiver's retention of Mark Hawkes of Hulme & Hawkes Accountancy Corporation to provide tax advice and tax preparation services for Receiver in this matter at the hourly rate of $220 is hereby authorized, ratified and approved.

1  IT IS SO ORDERED.

3  Dated: Nov. 16, 2005

By: _____
Charles R. Breyer
Judge of the United States District Court