FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

*Attorneys for Receiver Stephen E. Anderson*

**FILED**

NOV 3 0 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON,

Defendants,

and

REALTOPIA, INC.,

Relief Defendant.

Case No. C 04-1742 CRB

STIPULATION AND [PROPOSED] ORDER DIRECTING BANK OF AMERICA TO RELEASE FUNDS HELD IN ACCOUNT TO RECEIVER AND LIFTING FREEZE OF ACCOUNT

On September 2, 2004, the Court issued an Order Compelling Fidelity National Title's Production of Documents and Information and Freezing Bank Account ("Freeze Order");

The Freeze Order required financial institutions holding accounts into which funds were wired out of the escrow on the property located at 118 Ironwood Court in Hercules, California (the "Ironwood escrow") to freeze such accounts, and to cooperate with court-appointed Receiver Stephen E. Anderson ("Receiver") to trace any monies removed from such accounts since August 27, 2004;

Funds in the amount of $60,213.30 were wired out of the Ironwood escrow to Antron

1

Thurman ("Thurman"). Pursuant to the Freeze Order, Bank of America froze $15,235.00 in Sinbad Bail Bonds' account number 01492-03855 and $4,098.84 in Antron Thurman and Esperanza Johnson's checking account number 05315-05956 (the "Frozen Funds").

Thurman is the owner of the business Sinbad Bail Bonds, and is married to Esperanza Johnson.

Thurman has agreed to release the Frozen Funds to Receiver.

## STIPULATION

IT IS STIPULATED AND AGREED by and between Thurman and Receiver, as follows:

Bank of America shall immediately release the funds ($15,235.00) contained in Sinbad Bail Bonds' account number 01492-03855 to Receiver; and

Bank of America shall immediately release the fund ($4,098.84) contained in Antron Thurman and Esperanza Johnson's checking account number 05315-05956 to Receiver.

All funds received from Bank of America pursuant to this stipulation shall be deducted from funds due Receiver from Thurman under a settlement agreement between the parties concerning the Ironwood Property.

Except as set forth herein, upon receipt by Receiver of the Frozen Funds described above, the Court's September 2, 2004 Order shall be vacated.

SO STIPULATED AND AGREED.

Dated: Nov. 18, 2005

_____
Antron Thurman

Dated: _____, 2005

_____
Stephen E. Anderson
*Court-Appointed Receiver for Chicago D&P, Inc.*

## ORDER

NOW, THEREFORE good cause being shown, the Court finds and orders as follows:

Within five days of the date of service of this order, Bank of America shall release and

2

[PROPOSED] ORDER RELEASING FUNDS AND LIFTING FREEZE ON ACCOUNTS
C 04-1742 CRB

1  Thurman ("Thurman"). Pursuant to the Freeze Order, Bank of America froze $15,235.00 in
2  Sinbad Bail Bonds' account number 01492-03855 and $4,098.84 in Antron Thurman and
3  Esperanza Johnson's checking account number 05315-05956 (the "Frozen Funds").
4      Thurman is the owner of the business Sinbad Bail Bonds, and is married to Esperanza
5  Johnson.
6      Thurman has agreed to release the Frozen Funds to Receiver.

## STIPULATION

8  IT IS STIPULATED AND AGREED by and between Thurman and Receiver, as follows:
9      Bank of America shall immediately release the funds ($15,235.00) contained in Sinbad
10 Bail Bonds' account number 01492-03855 to Receiver; and
11     Bank of America shall immediately release the fund ($4,098.84) contained in Antron
12 Thurman and Esperanza Johnson's checking account number 05315-05956 to Receiver.
13     All funds received from Bank of America pursuant to this stipulation shall be deducted
14 from funds due Receiver from Thurman under a settlement agreement between the parties
15 concerning the Ironwood Property.
16     Except as set forth herein, upon receipt by Receiver of the Frozen Funds described above,
17 the Court's September 2, 2004 Order shall be vacated.
18     SO STIPULATED AND AGREED.

19 Dated: _____, 2005

20                                            Antron Thurman

22 Dated: Nov 8, 2005

23                                            Stephen E. Anderson
24                                            Court-Appointed Receiver for Chicago D&P, Inc.

## ORDER

27 NOW, THEREFORE good cause being shown, the Court finds and orders as follows:
28 Within five days of the date of service of this order, Bank of America shall release and

FUTTERMAN &
DUPREE LLP

2

[PROPOSED] ORDER RELEASING FUNDS AND LIFTING FREEZE ON ACCOUNTS
C 04-1742 CRB

1  provide to Receiver all funds held in Sinbad Bail Bonds' account number 01492-03855 in Antron
2  Thurman and Esperanza Johnson's checking account number 05315-05956.
3        The Court's September 2, 2004 Order Compelling Fidelity National Title's Production of
4  Documents and Information Freezing Bank Account is vacated upon Receiver's receipt of the
5  funds held in the Bank of America accounts described in this order.
6        IT IS SO ORDERED.

8  Dated: *Nov. 30*, 2005

                                            By: _____
                                                Charles R. Breyer
                                                Judge of the United States District Court