FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

*Attorneys for Receiver Stephen E. Anderson*

FILED

DEC 1 6 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON,<br><br>  Defendants,<br><br>  and<br><br>REALTOPIA, INC.,<br><br>  *Relief Defendant.* | Case No. C 04-1742 CRB<br><br>[~~PROPOSED~~] ORDER APPROVING THAT PORTION OF RECEIVER'S FOURTH APPLICATION FOR FEES AND COSTS REMAINING OUTSTANDING<br><br>Date:       October 28, 2005<br>Time:       10:00 a.m.<br>Courtroom: 8<br>Judge:      Hon. Charles R. Breyer |
1

FUTTERMAN & DUPREE LLP

[PROPOSED] ORDER APPROVING THAT PORTION OF RECEIVER'S
FOURTH APPLICATION FOR FEES AND COSTS REMAINING OUTSTANDING
C 04-1742 CRB

The fourth application of Receiver Stephen E. Anderson ("Receiver") for fees and costs came on regularly for hearing on October 28, 2005, at 10:00 a.m.;

WHEREAS in an Order dated November 7, 2005, the Court authorized Receiver to pay the cost portion of the fee application and to pay his administrative assistant;

WHEREAS since the hearing on the fourth application for fees and costs Receiver has filed tax returns for Chicago D&P and the receivership estate;

WHEREAS since the hearing on the fourth application for fees and costs Receiver has distributed the funds available for distribution to the defrauded Chicago D&P investors pursuant to the equitable distribution plan approved by the Court;

WHEREAS Receiver has made substantial progress in wrapping up the receivership estate;

WHEREAS the fees sought by Receiver are reasonable, are at the rates previously authorized by the Court, and have been of benefit to the receivership estate; and

WHEREAS notice of the application was provided to Chicago D&P investors and creditors;

NOW, THEREFORE good cause being shown, the Court hereby orders as follows:

The remaining portions of Receiver's Fourth Application for Fees and Costs are approved. Adequate and proper notice of this application was provided to Chicago D&P investors and creditors. The fees sought by Receiver are reasonable, are at the rates previously authorized by the Court, and have been of benefit to the receivership estate; accordingly, Receiver is authorized to make the following payments:

| Name | Fees |
|---|---|
| Receiver Stephen E. Anderson | $27,423.90 (reduced amount) |
| Stephan Werth, C.P.A. | $16,140.00 |
| Futterman & Dupree LLP (California Counsel) | $35,315.10 (reduced amount) |
| Total: | $78,879.00 |

FUTTERMAN & DUPREE LLP

2

[PROPOSED] ORDER APPROVING THAT PORTION OF RECEIVER'S FOURTH APPLICATION FOR FEES AND COSTS REMAINING OUTSTANDING
C 04-1742 CRB

1  IT IS SO ORDERED.

3  Dated: _December 16_, 2005

By: _____
Charles R. Breyer
Judge of the United States District Court

FUTTERMAN &
DUPREE LLP

3
[PROPOSED] ORDER APPROVING THAT PORTION OF RECEIVER'S
FOURTH APPLICATION FOR FEES AND COSTS REMAINING OUTSTANDING
C 04-1742 CRB