**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 04-01742 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CHICAGO D&P, INC. et al, | |
| Defendants. | |

On December 14, 2005, intervenor Mobashir Ahmad filed an offer to purchase the property located at 12805 Thomas Creek Road in Reno, Nevada.  Pursuant to the Court's Order of February 25, 2005, the Receiver has already disposed of this property.  As a result, the Court no longer has jurisdiction over the property.  Intervenor is advised to contact Wells Fargo Bank directly regarding this property.

**IT IS SO ORDERED.**

Dated: December 19, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\1742\order 10 thomascreek.wpd

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2004\1742\order 10 thomascreek.wpd

2