ORIGINAL

HELANE L. MORRISON (Cal. Bar No. 127752)
JUDITH L. ANDERSON (Cal. Bar No. 124281)
  andersonju@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
  buchholzs@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

RECEIVED
06 JAN 12 PM 3:43
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 8 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO D&P, INC.,<br>PATRICIA MORGEN, and SHALOM GIBSON,<br><br>Defendants,<br><br>and<br><br>REALTOPIA, INC.,<br><br>Relief Defendant. | Case No. C-04-1742 CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AGAINST DEFENDANTS SHALOM GIBSON AND REALTOPIA, INC. |

This stipulation by and between plaintiff Securities and Exchange Commission ("Commission") and defendant Chicago D&P, Inc. ("Chicago D&P"), by its court-appointed receiver, Stephen E. Anderson ("Receiver"), through their respective counsel, is based upon the following facts:

1. On May 4, 2004, the Commission filed its complaint in this action against, among others, defendant Shalom Gibson and relief defendant Realtopia, Inc. On May 11, 2004, the Court appointed Stephen E. Anderson as receiver for Chicago D&P and several of its subsidiary or related entities.

2. The Commission caused the summons and complaint to be served on Realtopia through its registered agent for service of process, Resident Agents of Nevada, on May 6, 2004. The Commission filed a proof of service of process on Realtopia with the Court on May 21, 2004 and a supplemental proof of service on Realtopia on July 12, 2004. Realtopia never filed or served an answer or other responsive pleading in this action. Accordingly, on July 1, 2004, the Commission filed a Request for Clerk's Entry of Default against Realtopia and on July 12, 2004, the Commission filed an Amended Request for Clerk's Entry of Default against Realtopia. On July 13, 2004, the Clerk of this Court filed its Notice of Entry of Default against Realtopia.

3. In January 2005, the Receiver requested that the Court add Realtopia to the list of Chicago D&P subsidiary or related entities for which he was empowered to act. The Receiver stated that his investigation had demonstrated that Chicago D&P paid Realtopia's expenses and transferred cash to Realtopia to cover its operating costs, including payroll, leases, travel and entertainment. On January 19, 2005, the Court issued an order granting the Receiver's request. Thereafter, Realtopia's assets were incorporated into the receivership estate. As a result, recovery against Realtopia as a relief defendant became moot.

4. The Commission was unable to serve defendant Shalom Gibson with its summons and complaint, despite extensive and diligent efforts. Gibson's current whereabouts are unknown to the Commission or the Receiver.

5. In view of the above facts and pursuant to Rules 41(a) and 66 of the Federal Rules of Civil Procedure, the Commission now desires voluntarily to dismiss its claims against defendant Shalom Gibson in this action, without prejudice, and to dismiss its claims against relief defendant Realtopia, Inc., with prejudice.

6. The Receiver for Chicago D&P has no objection to the above-described dismissals. Accordingly, the parties hereby stipulate and agree as follows:

### STIPULATION

IT IS STIPULATED AND AGREED by and between plaintiff Securities and Exchange Commission ("Commission) and Stephen E. Anderson, court appointed receiver for defendant Chicago D&P, Inc., that, pursuant to Rules 41(a) and 66 of the Federal Rules of Civil Procedure and subject to the Court's approval, the claims in the above-captioned action by the Commission against defendant Shalom Gibson should be voluntarily dismissed, without prejudice, and against relief defendant Realtopia, Inc. should be voluntarily dismissed, with prejudice.

DATED: January 11, 2006   By _____
                          Helane L. Morrison
                          Judith L. Anderson
                          Steven D. Buchholz
                          Attorneys for Plaintiff Securities and Exchange Commission

DATED: January 11, 2006   Futterman & Dupree LLP
                          By _____
                          Jamie L. Dupree
                          Futterman & Dupree LLP
                          160 Sansome St., 17th Floor
                          San Francisco, CA 94104
                          415-399-3840; fax: 415-3993838
                          Email: jdupree@dfdlaw.com
                          Attorney for Stephen E. Anderson as Court-appointed Receiver for Defendant Chicago D&P Inc.

-3-   STIP AND [PROPOSED] ORDER RE VOLUNTARY
      DISMISSAL OF SEC's CLAIMS AGAINST DEFS.
      SHALOM GIBSON AND REALTOPIA, INC.
      CASE NO. C-04-1742 CRB

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Rules 41(a) and 66 of the Federal Rules of Civil Procedure, the claims by Plaintiff Securities and Exchange Commission asserted in the above-captioned action against defendant Shalom Gibson are voluntarily dismissed, without prejudice, and against relief defendant Realtopia, Inc. are voluntarily dismissed, with prejudice.

DATED: January 17, 2006

_____
United States District Judge

```
 1  HELANE L. MORRISON (Cal. Bar No. 127752)
    JUDITH L. ANDERSON (Cal. Bar No. 124281)
 2   andersonju@sec.gov
    STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
 3   buchholzs@sec.gov

 4  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
 5  44 Montgomery Street, Suite 1100
    San Francisco, California 94104
 6  Telephone: (415) 705-2500
    Facsimile: (415) 705-2501
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-04-1742 CRB |
| Plaintiff, | |
| vs. | |
| CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON, | CERTIFICATE OF SERVICE |
| Defendants, | |
| and | |
| REALTOPIA, INC. | |
| Relief Defendant. | |

## CERTIFICATE OF SERVICE

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On January 12, 2006, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AGAINST DEFENDANTS SHALOM GIBSON AND REALTOPIA, INC.**

I served the documents via **UNITED STATES MAIL**, addressed to the following:

Jamie L. Dupree, Esq.
Futterman & Dupree LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Counsel for Receiver
Copy also faxed to (415) 399-3838 (copy of confirmation attached)

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California on January 12, 2006.

*Janet L. Johnston*
Janet L. Johnston

```
                    415 705 2501       S F D O   S E C

                           ***********************
                           ***   TX REPORT    ***
                           ***********************

          TRANSMISSION OK

          TX/RX NO              3586
          CONNECTION TEL                   93993838
          SUBADDRESS
          CONNECTION ID
          ST. TIME              01/12 15:06
          USAGE T               01'50
          PGS.                     5
          RESULT                OK
```

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### San Francisco District Office
### 44 Montgomery Street, Suite 2600
### San Francisco, California 94104



## FACSIMILE TRANSMISSION COVER SHEET

Date: Jan. 12, 2006    Pages: ___ (incl. cover sheet)

**PLEASE DELIVER TO:**

Name: Jamie L. Dupree

Agency or Firm Name: Futterman & Dupree LLP

Facsimile No. 415/399-3838

**FROM:**

Name: Janet Johnston

Title: Paralegal Specialist

Telephone: (415) 705-1079

Facsimile: (415) 705-2501

**MESSAGE:** Attached Stipulation and (Proposed) Order Re Voluntary Dismissal of Claims by Plaintiff Securities and Exchange Commission Against