FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

*Attorneys for Receiver Stephen E. Anderson*

**FILED**

APR 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff,*

v.

CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON,

    *Defendants,*

and

REALTOPIA, INC.,

    *Relief Defendant.*

Case No. C 04-1742 CRB

**[PROPOSED] ORDER AMENDING MAY 11, 2004 ORDER APPOINTING RECEIVER TO REDUCE BOND AMOUNT TO $50,000**

The Court entered an order on May 11, 2004, appointing receiver Stephen E. Anderson ("Receiver"), which required Receiver to post a bond in the amount of $500,000;

Receiver has nearly wrapped up the receivership estate, but must wait until the disposition of the Ironwood Property is completed to prepare his final report and accounting;

Receiver has already distributed the funds available for distribution to the defrauded Chicago D&P investors;

1  The funds remaining in the receivership estate to pay remaining administrative expenses
2  will not cover payment in full of those administrative expenses;

3  Receiver has been notified by his bonding company that his bond is coming due on May
4  11, 2006, and, once paid, no portion of the premium will be refundable even once the bond is
5  exonerated; and

6  Receiver has requested that that the bond amount be reduced to $50,000 in light of his
7  limited responsibilities remaining and the current status of the receivership in order to reduce the
8  premium due;

9  NOW, THEREFORE good cause being shown, the Court hereby finds and orders as
10 follows:

11  The Court's May 11, 2004 Order is hereby amended to reduce the amount of the bond
12 required to be posted by Receiver to $50,000. In all other respects, that order remains in full
13 force and effect.

14  IT IS SO ORDERED.

16  Dated: _April 27,_____, 2006

By: _____
Charles R. Breyer
Judge of the United States District Court