FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile:  (415) 399-3838

*Attorneys for Receiver Stephen E. Anderson*

FILED
SEP 15 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 04-1742 CRB |
| *Plaintiff*, | [PROPOSED] ORDER APPROVING RECEIVER STEPHEN E. ANDERSON'S SIXTH AND FINAL REPORT AND ACCOUNTING, RATIFYING ACTS OF RECEIVER, TERMINATING ALL CONTRACTS, DISCHARGING RECEIVER AND EXONERATING HIS BOND |
| v. | |
| CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON, | |
| *Defendants*, | |
| and | |
| REALTOPIA, INC., | Date: September 15, 2006 |
| *Relief Defendant*. | Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Charles R. Breyer |

Receiver's Sixth and Final Report and Accounting came on regularly for hearing on September 15, 2006, at 10:00 a.m. with counsel for Receiver, Jamie L. Dupree, and Receiver appearing;

1  NOW, THEREFORE good cause being shown, the Court hereby finds and orders as
2  follows:
3  Proper and adequate notice of Receiver's Sixth and Final Report and Accounting was
4  given to all interested parties;
5  Receiver has duly accounted for all monies and other property coming into his hands
6  during the receivership estate, and the Sixth and Final Report and Accounting is hereby approved
7  and confirmed as submitted;
8  The acts of Receiver and his agents in connection with this action and the receivership are
9  hereby ratified and approved;
10  Any and all contracts of Chicago D&P, Inc., its affiliates, and the receivership estate are
11  hereby terminated;
12  Receiver Stephen E. Anderson is hereby discharged as from all duties liabilities and
13  responsibilities as Receiver herein; and
14  Receiver's bond is hereby exonerated.
15  IT IS SO ORDERED.

Dated: September 15, 2006

By: _____
Charles R. Breyer
Judge of the United States District Court