

1 Steven Nemec
P.O. Box 280374
2 San Francisco, CA 94128-0374
Tel: (415) 830-6180
3 Fax: (415) 520-9824

4 Assignee of Record, In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>  Plaintiff,<br>vs.<br>CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON,<br>  Defendants,<br>and,<br>REALTOPIA, INC.,<br>  Relief Defendant. | Case No.: C-04-1742 CRB<br><br>EX PARTE MOTION FOR PRO SE JUDGMENT CREDITOR TO BE GRANTED NORTHERN DISTRICT ECF/E-FILE PERMISSION; and ORDER [PROPOSED] |

COMES NOW, Judgment Creditor Steven Nemec, proceeding In Propria Persona, to hereby Motion this Honorable Court, ex parte, for permission pursuant to Northern District Civil Local Rule 5-4 and General Order 45, to "e-file" in the Northern District ECF system in this case. I have reviewed and am familiar with the requirements and procedures for using the e-file system, including General Order 45, VI, G (Chamber's Courtesy Copies).

WHEREFORE, Judgment Creditor prays this Honorable Court will issue the below Proposed Order.

Executed under penalty of perjury this 13th day of May, 2010 at City and County of San Francisco, State of California.

Steven Nemec

## ORDER

FOR GOOD CAUSE APPEARING:

The Motion is hereby GRANTED.

Dated: May 17, 2010

IT IS SO ORDERED
Judge Charles R. Breyer

EX PARTE MOTION FOR PRO SE ECF FILING -